

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00116-CV

---

ADAM MOORE, APPELLANT

V.

STATE OF TEXAS FOR THE PROTECTION OF S.J.E., APPELLEE

---

On Appeal from the 285th District Court
Bexar County, Texas
Trial Court No. 2022CI24897, Honorable Antonia Arteaga, Presiding

---

July 12, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Adam Moore, appeals from the trial court's protective order.[1] Appellant's brief was originally due June 7, 2023, but was not filed. By letter of June 15, 2023, we notified Moore that the appeal was subject to dismissal for want of prosecution,

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

without further notice, if a brief was not received by June 26.  To date, Moore has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam